# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 13, 2007

Charles R. Fulbruge III
Clerk

No. 07-60054

TELLUS OPERATING GROUP L L C

Plaintiff - Appellee

V.

R & D PIPE COMPANY; SEPCO TUBULARS INC

Defendants - Third Party Plaintiffs - Appellants

RAPAD DRILLING AND WELL SERVICES INC

Third Party Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Mississippi
2:04-CV-418

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM:[*]

After review of the record, the evidence, and the briefs and after hearing oral argument of counsel, there appears to be no reversible error committed by the district court, especially in the light of plain error review. Consequently, the district court's judgment is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.